# UNITED STATES DISTRICT COURT
## FOR THE
### western district of michigan

**FILED - GR**
June 2, 2026 11:27 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: ___ AR / 6.2

**1:26-cv-1757**
**Jane M. Beckering**
**U.S. District Judge**

Stanley Park

v.

Eugene J. Corcoran                    complaint

Eric Komitee                              No.

1. defendant ERIC KOMITEE do not dress properly for work

2. Eugene J. Corcoran fail to supervise,

3. The Court intervene.

by Stanley Park

Stanley Park

56 Pan American Pl, Albuquerque, NM
87103

DV DANIELS NJ   070

28 MAY 2026  PM 6   L



UNITED STATES
OF AMERICA
FOREVER/USA

U.S. District Court Clerk's Office
110 Michigan St NW
Grand Rapids MI 49503

49503-236399